THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*, | CASE NO. C21-0002-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| RUSSELL VOUGHT, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' motion for preliminary injunction (Dkt. No. 15). Plaintiffs request that the Court hear oral argument in this matter. The parties are ORDERED to appear for a remote hearing on Plaintiffs' motion at 9:00 a.m. on January 29, 2021. Plaintiffs are DIRECTED to contact the Courtroom Deputy Clerk for remote hearing information. Because this order is being issued before all parties have appeared in this matter, Plaintiffs are further DIRECTED to deliver a copy of this order to parties' representatives, as well as the remote hearing information provided by the Courtroom Deputy Clerk, within five (5) days after receiving notice of that representative's appearance.

//

//

DATED this 8th day of January 2021.

    William M. McCool
    Clerk of Court

    s/Paula McNabb
    Deputy Clerk