THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*, | CASE NO. C21-0002-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| RUSSELL VOUGHT, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Plaintiffs recently moved for a preliminary injunction in this matter, for which the Court will hear oral argument January 29, 2020. (*See* Dkt. Nos. 15, 18.) Plaintiffs assert that "the Government intends to bring the propert[y]to market by early 2021." (Dkt. No. 16 at 3, 16-1 at 169.) In light of the urgency in addressing this matter, the parties are ORDERED to appear for a remote status conference at 10 a.m. on January 13, 2021. The parties are DIRECTED to contact the Courtroom Deputy Clerk for remote hearing information. Because this order is being issued before all parties have appeared, Plaintiffs' counsel is further DIRECTED to deliver a copy of this order to representatives for parties who have not yet appeared within one (1) day of receipt of this order.

DATED this 11th day of January 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
C21-0002-JCC
PAGE - 2