THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*, | CASE NO. C21-0002-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| RUSSELL VOUGHT, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' letter briefs (Dkt. Nos. 27, 28), submitted at the Court's direction, regarding a schedule for the remaining briefing on Plaintiffs' motion for a preliminary injunction (Dkt. No. 15). Based on the information presented, the Court hereby ORDERS as follows:

- Due dates for the remaining briefing on Plaintiffs' preliminary injunction motion are EXTENDED as follows:
    - Defendants' response is due by the end of the day on February 3, 2021.
    - Plaintiffs' reply is due by the end of the day on February 11, 2021.
- The remote hearing on this matter (*see* Dkt. No. 18) is CONTINUED to February 12, 2021 at 9 a.m. The parties are DIRECTED to contact the Courtroom Deputy Clerk for

MINUTE ORDER
C21-0002-JCC
PAGE - 1

remote hearing information.

- The Clerk is DIRECTED to renote Plaintiffs' motion (Dkt. No. 15) to February 11, 2021.

No further extensions or continuations on Plaintiffs' motion for a preliminary injunction (Dkt. No. 15) will be considered, absent a stipulation by the parties.

DATED this 22nd day of January 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
