THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*, | CASE NO. C21-0002-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| RUSSELL VOUGHT, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. A remote hearing on Plaintiffs' motion for a preliminary injunction is scheduled for February 12, 2021 at 9 a.m. (Dkt. No. 29.) In preparation for this hearing, the parties are ORDERED to submit to the Court for its review, no later than February 10, 2021, proposed findings of fact and conclusions of law and a proposed form of injunctive relief, should the Court adopt the parties' respective proposals.

DATED this 27th day of January 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
C21-0002-JCC
PAGE - 1