Judge Coughenour

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROB FAIRWEATHER, etc., et al., <br><br> Defendants. | CASE NO. C21-0002-JCC <br><br> **ORDER DENYING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> (Proposed) |

This matter comes before the Court on Plaintiffs' motion for a preliminary injunction (Dkt. No. 15). Defendants have filed an opposition to the motion and Plaintiffs have file a reply.

Having thoroughly considered the parties' memoranda, the declarations and exhibits filed therewith, and having heard oral argument, the Court hereby DENIES Plaintiffs' motion for a

///
///
///
///
///
///
///

ORDER DENYING PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION   - 1
(Case No. C21-0002-JCC)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

preliminary injunction for the reasons explained in the Court's Findings of Fact and Conclusions of Law filed herewith.

IT IS SO ORDERED.

DATED this _____ day of February 2021.

_____
JOHN C. COUGHENOUR
Senior United States District Judge

Presented by:

*/s/ Brian C. Kipnis*
BRIAN C. KIPNIS
Assistant United States Attorney

ORDER DENYING PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION   - 2
(Case No. C21-0002-JCC)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970