# Exhibit 13



General Services Administration Public Buildings Service
Office of Real Property Utilization and Disposal (PI)

**Scope of Work**

**Real Property Disposal Support Services -
Federal Assets Sale & Transfer Act (FASTA) (P.L. 114-287)**

Exhibit 13

Solicitation #: PI-19-FASTA                                                                                                    July 16, 2019

# SCOPE OF WORK

## Real Property Disposal Support Services –Federal Assets Sale & Transfer Act (FASTA) (P.L. 114-287)

### 1.0   INTRODUCTION

**1.1   Description of Services.**  The General Services Administration's Office of Real Property Utilization and Disposal (GSA) has a need to procure real estate support services for the properties listed at **Section 1.3.3 herein,** as per the requirements outlined by the Federal Assets Sale & Transfer Act (FASTA) P.L.114-287 to support the Public Buildings Reform Board (Board).

**1.2   Objective**
GSA is seeking assistance in meeting the goals established by FASTA. Specifically, the objective of this task order is to provide real estate services specific to the Properties, and in support of the Board developing its Round 1 List of Property Recommendations, which is due no later than October 1, 2019.

**1.3   Background**

**1.3.1   Original Contract**
In May 2018, GSA awarded contract number 47PB0018F0028 Real Estate Support Services for FASTA to CBRE, Inc (CBRE). The Scope of Work for that contract was as follows: "provide Federal portfolio analysis and related real estate services to assist GSA in implementing the goals of FASTA. GSA requires support for inventory review, market analysis, the development of a list of FASTA Candidates suitable for consideration by the Board, and a FASTA Evaluation Report."

The work to be performed under this contract was intended to be a part of the original contract (Task 4 Ad Hoc Services), but the Board was not yet sworn in when that contract expired. Therefore, in the interest of economy and efficiency, this SOW is a logical follow-on to the original contract.[1] CBRE FSS # GS-00F-035DA.

**1.3.2   FASTA Status**
The Board has been sworn in and has a deadline of October 1, 2019, to issue its Round 1 List of Property Recommendations.

**1.3.3   Properties**
As required by FASTA, Land Holding Agencies (LHA) submitted properties for the Board's consideration. In addition, FASTA requires the Board to identify no less than five (5) properties that are not on the list of surplus or excess as of such

---

[1] FAR 8.405-6

2

Exhibit 13

date with a total fair market value of not less than $500,000,000 and not more than $750,000,000. The properties listed below represent properties submitted by LHAs (Table 1), and identified by GSA (Table 2), for Board consideration and do not represent the final list of recommendations to be submitted by the Board to the Office of Management (OMB), Congress, and Government Accountability Office (GAO), and published in the Federal Register for public notice. In addition, the Contractor may be required to perform tasks for properties that are not listed at Table 1 or Table 2 below, i.e. Unlisted Properties). Table 1, Table 2 and Unlisted, are collectively called "the Properties".

**LHA Submitted Recommendations for Board Consideration**

| Property Name | City | State |
| --- | --- | --- |
| NMFS SWFSC Bldg Pacific Grove CA | Pacific Grove | CA |
| NWS PTWC Ewa Beach HI Site | Ewa Beach | HI |
| USGS Menlo Park | Menlo Park | CA |
| Alexander Hamilton Customhouse(Transfer Development Rights) | New York | NY |
| David W. Dyer FB & Courthouse(Transfer Development Rights) | Miami | FL |
| Menlo Park VA Medical Center - NW Parcel | Menlo Park | CA |
| VA Denver Medical Center - Old Campus | Denver | CO |
| Cincinnati - Hamilton Lab | Cincinnati | OH |
| Cincinnati - Robert Taft Lab | Cincinnati | OH |
| Spokane Reardan Site | Reardan | WA |
| Earle C Clements Job Corps Center | Morgansfield | KY |
| Sepulveda North Parcel | Sepulveda | CA |
| Information Operations and Research Center | Idaho Falls | ID |
| Former NIKE Site | Gaithersburg | MD |
| Willamette Research Station Facility | Corvallis | OR |

**Additional Recommendations Identified by GSA for Board Consideration**

| Property Name | City | State |
| --- | --- | --- |
| Auburn Depot | Auburn | WA |
| 45 Devonshire Office Building | Boston | MA |
| NIST Lab (Excess Vacant Land) | Boulder | CO |
| Edison Job Corps Center (Excess Vacant Land) | Edison | NJ |

3

Exhibit 13

| Gainesville Job Corps Center (Excess Vacant Land) | Gainesville | FL |
|---|---|---|
| National Wind Technology Center (Excess Vacant Land) | Golden | CO |
| Wilshire Federal Building | Los Angeles | CA |
| Pittsburgh Job Corps Center (Excess Vacant Land) | Pittsburgh | PA |
| Sacramento Job Corps Center (Excess Vacant Land) | Sacramento | CA |
| Treasure Island Job Corps Center (Excess Vacant Land) | San Francisco | CA |
| Federal Archive & Records Center Warehouse | Seattle | WA |
| NOAA - Western Regional Center (Excess Vacant Land) | Seattle | WA |
| NOAA - Sterling R&D Center | Sterling | VA |
| Lyons VA Hospital (Excess Vacant Land) | Lyons | NJ |

**2.0  SCOPE OF WORK**

Per the requirements outlined by FASTA, GSA has a need to procure real estate support services for the properties listed at **Section 1.3.3 herein**, to assist the Board in developing its Round 1 List of Property Recommendations, which is due no later than October 1, 2019.

The GSA Project Manager, in coordination with the GSA COR and Board's directives, will submit specific property related tasks, and review and accept final work products. The contracted expertise is needed to provide support to GSA and the Board in carrying out its responsibilities authorized by FASTA.

The Contractor shall provide one (1) Key Personnel under SIN 520-1 Financial Expert that shall meet the requirements under SOW Paragraph 4.0. Contractor shall also provide relevant support staff as identified by the Contractor, to perform tasks submitted by GSA.

GSA estimates the assigned specific requirements and tasks for the Properties are <u>not to exceed 300 labor hours.</u>

**3.0  Specific Requirements and Tasks**

**3.1**  This contract will be a fixed-price level of effort task order. All services under this task order will be paid as services rendered; based on deliverables and monthly services. Contractors are expected to work on the requested tasks during regular business hours and invoiced on a monthly basis.

**3.1.1**  Tasks assigned specific to the Properties may be intermittent in nature and requested on as-needed basis. Tasks may require Contractor to provide support services on short notice. Tasks will vary in complexity and therefore time to

        complete a task will range from as little as one hour for one day to multiple work days with the potential to include travel at the government rate.

**3.2**      The Contractor shall provide one (1) Key Personnel at SIN 520-1 Financial Expert. Contractor shall also provide relevant support staff as identified by the Contractor, to perform tasks submitted by the GSA Project Manager and as approved by the GSA COR including, but not limited to, the following:

**3.2.1**    Prioritized list of recommendations for Board's review and analysis to meet requirements of P.L. 114-287 Sec 11

**3.2.2**    Review and analyze documents, reports and studies including but not limited to: Environmental status and characterization reports, Title Reports, Historic Asset Evaluations, etc.

**3.2.3**    Provide relevant market data/market analysis of locations where potential FASTA candidate properties have been identified

**3.2.4**    Provide clear summary of local zoning and entitlement

**3.2.5**    Assist the Board in the confirmation and validation of specific elements of an agency's portfolio assets

**3.2.6**    Assist with collecting and organizing data from an agency's files or third party sources

**3.2.7**    Provide support and research of real estate records

**3.2.8**    Review of plot maps and surveys to identify boundary abnormalities.  Research and propose strategies to correct issues

**3.2.9**    Provide clear summary of encumbrances including identifying any existing leases, licenses, and/or occupancy agreements

**3.2.10**  Assist with coordinating public meetings

**3.2.11**  Provide the Board with an Independent Accounting System in accordance with FASTA Sec 12(e), to independently evaluate the costs of and returns on the recommendations.

**3.3**      GSA will evaluate the contractor's performance in terms of accuracy, completeness, timeliness and quality of work.  GSA Project Manager will notify the GSA Contracting Officer (CO) and/or the GSA Contracting Officer's Representative (COR) of poor performance, deficiencies and if the contract provisions are not met.  The CO/COR will notify the contractor who will be

responsible for correcting poor performance and deficiencies.  If the contractor does not correct performance/deficiencies, the Government has the right to:

**3.3.1** Require the Contractor to immediately take all necessary steps to ensure performance of the service in conformity of the requirements of the contract; and reduce the fee payable under the contract by an amount reflective of the reduced value of the work product produced; or have the necessary work accomplished by the Government forces or other means and reduce the contractor's payment in the amount of the expenses incurred.

**3.3.1** The contractor will be required to sign the non-disclosure agreement after the award has been made, if one has not yet been signed.

## 4.0 LABOR REQUIREMENTS

The work shall be completed by one (1) Key Personnel at SIN 520-1 Financial Expert, and relevant support staff as identified by the Contractor. As a follow on to Task Order 47PB0018F0028, the Key Personnel meeting the labor requirements is Ken Pearson, CBRE Program Manager, who was provided as Key Personnel on the prior task order.

## 5.0 DELVERABLES
The Contractor will be responsible for providing all deliverables as described herein and as ordered, in a timely and professional manner.

## 6.0 POST-AWARD/KICKOFF MEETING & DELIVERY SCHEDULE

**6.1** <u>Post-Award/Kickoff Meeting</u> – per agreed upon schedule

**6.2** <u>Deliverables Schedule</u> – To Be Determined, per task/Property

## 7.0 PLACE AND PERIOD OF PERFORMANCE

**7.1** <u>Place of Performance</u>:  The work may be performed at multiple locations including, but not limited to:

**7.1.1** <u>Primarily</u>: The location of the contractor's office or any other non-restricted area that the contractor chooses to complete the described work.

**7.1.2** <u>As Requested and Approved</u>: GSA Washington DC RPUD Office

**7.1.3** <u>As Requested and Approved</u>: The Properties.

**7.2** <u>Period of Performance</u>: Contractor will commence the work upon task order award. The period of performance will extend for four months from date of award.

Solicitation #: PI-19-FASTA                                                              July 16, 2019

### 8.0    TRAVEL

**8.1**    Site Inspections and or meetings at GSA RPUD Washington DC office.

**8.2**    If necessary, any and all travel must be pre-approved in writing by the government and funded through the task order.  GSA will negotiate Modifications to cover travel costs.

Travel costs will be reimbursed in accordance with Government travel regulations (FAR 31.205-46(a)(2)(i)).

### 9.0    Government Furnished Equipment (GFE)/ Government Furnished Information (GFI)

**9.1**    <u>Government Furnished Equipment</u>: None.

**9.2**    <u>Government Furnished Information</u>: Additional Properties information, if available

### 10.0   Security

The Contractor's work at her/his office, at the Project sites, or at the GSA Washington DC Office do not directly affect national security and security clearances are not required. However, this work is sensitive and may be considered confidential as it can impact relations between the Federal government and state or local governments, or with the public. No information, including proposals prepared for the RFP, shall be released to the general public or to any agency or organization without approval from GSA.

GSA will coordinate access to Properties.

### 11.0   Administration and Points of Contact

### 11.1   Acquisition Team:

Randall Smith
GSA Contract Specialist
randall.smith@gsa.gov
978-493-9225

Kristin O'Neil
GSA Alternate Contract Specialist
kristin.oneil@gsa.gov
617-320-5943

Huy Le

       GSA Contract Officer
       huy.le@gsa.gov
       617-565-5803

**11.2**   <u>GSA Representatives.</u>  On behalf of the GSA Contracting Officer (CO), the Contracting Officer Representative (COR) is responsible for the general administration of this BPA Call. The COR is responsible for the review/acceptance of all task services and deliverables. The COR, in coordination with the GSA Project Manager (PM) as appropriate, serves as the Government point of contact concerning fee negotiation, information exchange, submission review, and payment. Nothing said by the PM or COR shall be construed to change contract requirements unless supported in writing by the CO.

       **GSA Project Manager (GSA PM)**
       John L. A. Dugan
       U.S. General Services Administration (PI)
       Phone:  617-565-5709
       E-mail: john.dugan@gsa.gov

       **GSA Contracting Officer Representative (COR)**
       Sara E Massarello
       10 Causeway Street, Room 1010
       Boston, MA 02222
       Phone:  617-565-7736
       E-mail: sara.massarello@gsa.gov

**11.3**   <u>Invoices sent to</u>:
       GSA COR Sara Massarello
       U.S. General Services Administration (1PZ)
       Phone: 617-565-7736
       E-mail: Sara.Massarello@gsa.gov


The website to submit electronic invoices is: https://finance3.gsa.gov/

For help submitting electronic invoices, the Contractor may contact fw-customersupport@gsa.gov, or call 1-800-676-3690.

**12.0**   **Method of Payment**

**12.1**   Invoice Format
       Detailed invoices with written narratives shall be provided to the COR each month.  Payment will be made after invoices are approved and processed. Invoicing for work not authorized by the COR shall not be approved or paid for.

       Invoices must include the following information:

Solicitation #: PI-19-FASTA                                                         July 16, 2019

- Contractor Information
- Tax ID number (EIN number)
- GSA Schedule Contract Number/Task Order Number
- Invoice number and date
- Billing Period
- Payment Address
- Contact person with phone number
- Detailed breakdown of Direct, Indirect and travel costs
- Monthly run-rate, tabulation of funds used to date, and projected funding status and timing to the end of POP

Invoices must be accompanied by a detailed narrative report describing work performed. The report shall include the following information:

- Names and labor rates of person with hours billed for each Property
- A description of person's hours (with named person) tied to specific Property tasks performed. (For example, Jane Doe of Firm X worked 14 hours drafting the Early Transfer Authority Fact Sheet and circulating it for review. This included….)
- A thorough description of Property's tasks accomplished, ongoing, and anticipated
- Copies of receipts for any outside materials purchased
- Receipts for any associated travel directed by the COR, with billing for travel to be in accordance with approved travel regulations
- Projected contract activities and deliverables for the upcoming month

**12.2** Labor applied to drafting and submitting the invoice and written report shall not be considered a billable charge. The COR's final approval is necessary for proper processing and payment of the invoice by GSA's Finance Office.

**12.3** Draft invoices may be provided to the COR for review in advance of submission to GSA's Finance Office. The COR may ask questions, identify problems, and provide comments for the draft invoice that will require revision by the Contractor.

**12.4** All invoicing shall be done electronically:
- Copy to GSA COR Sara E Massarello: sara.massarello@gsa.gov
- At GSA Finance online: http://www.finance.gsa.gov

**12.5** Payments shall be made upon receipt of materials and services as agreed to in accordance with terms and conditions of the task order. Failure to comply with the procedures outlined above shall result in Contractor payment being delayed.

**12.6 Terms and Conditions**

9

Exhibit 13

This acquisition is being issued in accordance with the terms, conditions, and clauses incorporated in the Federal Supply Schedule 00CORP and the schedule holders contract FSS # GS-00F-035DA.