THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*, | CASE NO. C21-0002-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| ROB FAIRWEATHER, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation for a 60-day stay of this matter (Dkt. No. 48). Finding good cause, the motion is GRANTED. The Court ENTERS the following order:

1. This action shall be STAYED for 60 days from the date of this order;
2. Defendants' cross-motion to dismiss (Dkt No. 36) shall remain pending before the Court throughout the duration of this stay, with the deadlines for remaining briefing on the motion also stayed during the 60-day period;
3. The parties shall, no later than 55 days from the date of this order, file a joint report with the Court recommending whether the stay of this lawsuit should be continued or whether the stay should terminate and the action should be placed

back on the Court's active calendar. In the latter event, the parties shall specifically include a proposal for the Court's disposition of Defendants' cross-motion to dismiss the action.

4. The preliminary injunction issued by the Court (Dkt. No. 45) shall remain in full force and effect throughout the stay.

5. Nothing in this order should be construed as a limitation on the Government's right pursuant to 28 U.S.C. § 1292(a)(1) to appeal the Court's preliminary injunction order or to file a notice of appeal for that purpose.

DATED this 22nd day of February 2021.

<u>William M. McCool</u>
Clerk of Court

<u>s/Paula McNabb</u>
Deputy Clerk

MINUTE ORDER
C21-0002-JCC
PAGE - 2