# EXHIBIT A



EXECUTIVE OFFICE OF THE PRESIDENT
OFFICE OF MANAGEMENT AND BUDGET
WASHINGTON, DC 20503

April 8, 2021

Public Buildings Reform Board
1800 F Street, NW
Washington, DC 20405

To the Board:

I am writing to withdraw OMB's January 24, 2020 approval of the sale of the Federal Archives and Records Center, 6125 Sand Point Way NE, Seattle, WA 98115.  That facility was included in the Public Buildings Reform Board's (Board) resubmittal of its high value property recommendation to OMB on December 27, 2019, pursuant to Section 12 of the Federal Assets Sale and Transfer Act of 2016 (FASTA).

Tribal consultation is a priority for this Administration.  The President's January 26, 2021 Memorandum on Tribal Consultation "charges all executive departments and agencies with engaging in regular, meaningful, and robust consultation with Tribal officials in the development of Federal policies that have Tribal implications."  But the process that led to the decision to approve the sale of the Federal Archives and Records Center is contrary to this Administration's tribal-consultation policy, and I am accordingly withdrawing OMB's approval of the sale of that facility.

Any effort to sell the Federal Archives and Records Center in the future, through any available and appropriate authority, must comply with at least two substantial requirements.  First, it must be preceded by meaningful and robust tribal consultation, consistent with the President's January 26, 2021 Memorandum on Tribal Consultation.  Second, it must proceed through the appropriate administrative process, based on a new factual record, and must comply with the attendant substantive and procedural safeguards of that process.

I appreciate the Board's commitment towards implementing its duties under FASTA, and I look forward to collaborating with the Board to fully implement the statute, consistent with OMB's responsibility to ensure the risks to the government posed by the sale of any proposed properties are acceptable to the taxpayer.

Sincerely,

*Shalanda D. Young*

Shalanda D. Young
Acting Director

cc:  Katy Kale, Acting Administrator, GSA

EXHIBIT A