THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*, | CASE NO. C21-0002-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| SHELANDA YOUNG, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation for an order extending the stay in this case (Dkt. No. 54). Finding good cause, the motion is GRANTED. The Court ENTERS the following order:

1. Upon the joint request of the parties, the stay ordered in this case on February 22, 2021, shall be extended until Friday, May 14, 2021.
2. If the lawsuit is not resolved by Monday, May 10, 2021, the parties shall submit a joint status report to the Court on that date.

//

//

//

MINUTE ORDER
C21-0002-JCC
PAGE - 1

1    It is so ORDERED this 19th day of April 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

MINUTE ORDER
C21-0002-JCC
PAGE - 2