THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*,<br><br>                   Plaintiffs,<br>     v.<br><br>SHELANDA YOUNG, *et al.*,<br><br>                  Defendants. | CASE NO. C21-0002-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint status report (Dkt. No. 56.) In their report, the parties ask the Court to extend the current stay for another two weeks. (*Id.* at 2.) Finding good cause, the request is GRANTED. The stay ordered in this case shall be EXTENDED until Friday, May 28, 2021. If the lawsuit is not resolved by this date, the parties shall submit a joint status report to the Court by this same date.

Dated this 11th day of May 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk