The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al.<br><br>Plaintiffs,<br><br>v.<br><br>SHALANDA YOUNG, et al.,<br><br>Defendants. | NO. 2:21-cv-00002-JCC<br><br>JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE; ORDER THEREON |

Plaintiffs and Defendants in the above-captioned case, by and through their attorneys of record, having conferred, hereby state as follows:

1. On January 4, 2021, Plaintiffs commenced this action (Dkt. # 1) challenging the sale of the Federal Archives and Records Center, located at 6125 Sand Point Way NE, Seattle, Washington, 98115, which houses the National Archives at Seattle (the Seattle Archives facility);

2. On January 7, 2021, Plaintiffs filed a motion for preliminary injunction (Dkt. # 15);

3. On January 25, 2021, Plaintiffs filed their First Amended Complaint (Dkt. # 30) adding additional plaintiffs to the action;

JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE; ORDER THEREON
NO. 2:21-cv-00002-JCC

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

4. On February 4, 2021, Defendants filed a motion to dismiss the action for lack of subject matter jurisdiction (Dkt. # 36). That motion remains pending before the Court.

5. On February 16, 2021, in order to preserve the *status quo ante*, the Court granted Plaintiffs' motion for preliminary injunction and enjoined Defendants from selling the Seattle Archives facility pursuant to the Federal Assets Sale and Transfer Act of 2016 (FASTA) and from taking any actions to facilitate or effectuate a sale of the Seattle Archives facility under FASTA until a final determination on the merits is issued by the Court (Dkt. # 45). A preliminary injunction does not constitute a determination on the merits of the lawsuit, and Plaintiffs' claims have not been adjudicated on the merits. The Court determined, however, that the Plaintiffs "established the requisite elements" of a preliminary injunction, as Plaintiffs proved they were "'likely to succeed on the merits, . . . likely to suffer irreparable harm in the absence of preliminary relief, that the balance of equities tips in [their] favor, and that an injunction [wa]s in the public interest.'" (Dkt. # 45 at 2 (quoting *Winter v. Nat'l Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008)));

6. On February 22, 2021, pursuant to a stipulation of the parties, the Court issued an order (Dkt. # 51) staying this lawsuit for 60 days to afford the federal government the opportunity to assess the extent to which tribes were consulted on the proposal to sell the Seattle Archives facility;

7. On April 8, 2021, in a letter to the Public Buildings Reform Board (PBRB), the Office of Management and Budget (OMB) informed the PBRB of its decision to withdraw its prior approval of the sale of the Seattle Archives facility because "the process that led to the decision to approve the sale of the Federal Archives and Records Center [wa]s contrary to this Administration's tribal-consultation policy," (Dkt. # 52-1). OMB further informed the PBRB that: "Any effort to sell the Federal Archives and Records Center in the future, through any available and appropriate authority, must comply with at least two substantial requirements. First, it must be preceded by meaningful and robust tribal consultation, consistent with the

JOINT STIPULATION OF DISMISSAL
WITHOUT PREJUDICE; ORDER
THEREON
NO. 2:21-cv-00002-JCC

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

President's January 26, 2021 Memorandum on Tribal Consultation. Second, it must proceed through the appropriate administrative process, based on a new factual record, and must comply with the attendant substantive and procedural safeguards of that process." (*Id.*);

8. On April 16, 2021, pursuant to a stipulation of the parties, the Court issued an order (Dkt. # 55) further staying this case for three additional weeks to allow the parties time to discuss the ramifications of OMB's withdrawal of its approval of the sale of the Seattle Archives facility and to discuss a possible negotiated resolution and directed the parties to submit a joint status report to the Court on May 10, 2021;

9. Plaintiffs continue to contend that the Seattle Archives facility is exempt from sale under FASTA (Dkts. ## 1, 15, 30, 45). However, Defendants continue to contend that, under the law, deference is given to the meaning ascribed to the statute by the federal agencies charged with the administration of the statute;

10. In lieu of a status report, the parties submit this Joint Stipulation and Dismissal Without Prejudice; and

11. The parties, having conferred, HEREBY STIPULATE AND AGREE, as follows:

    a. The parties agree that Plaintiffs' claims for relief in its First Amended Complaint (Dkt. # 30) shall be voluntarily dismissed without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure; and

    b. All parties shall bear their own fees and costs, except that Plaintiff Tanana Chiefs Conference, Inc., shall recover attorneys' fees of $10,927.15 pursuant to the provisions of the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. The parties agree that payment of this agreed amount shall constitute payment in full by Defendants of any and all claims for attorney's fees, expenses and costs of suit incurred by any party in connection with this lawsuit. Nothing in this stipulation shall be construed as an admission of wrongdoing, liability or fault by Defendants, nor shall anything in this

JOINT STIPULATION OF DISMISSAL
WITHOUT PREJUDICE; ORDER
THEREON
NO. 2:21-cv-00002-JCC

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

stipulation be construed as an admission by Defendants that any action, including any legal position taken by them in this lawsuit, was not substantially justified within the meaning of EAJA.

SO STIPULATED.

DATED this 25th day of May, 2021.

> TESSA GORMAN
> Acting United States Attorney
>
> */s/ Brian C. Kipnis*
> BRIAN C. KIPNIS
> Assistant United States Attorney
> Office of the United States Attorney
> 5220 United States Courthouse
> 700 Stewart Street
> Seattle, Washington 98101-1271
> Phone: 206-553-7970
> Email: brian.kipnis@usdoj.gov
>
> *Attorneys for Defendants*

SO STIPULATED.

DATED this 25th day of May, 2021.

> ROBERT W. FERGUSON
> Washington State Attorney General
>
> */s/ Lauryn K. Fraas*
> LAURYN K. FRAAS, WSBA #53238
> NATHAN BAYS, WSBA #43025
> KRISTIN BENESKI, WSBA #45478
> SPENCER COATES, WSBA #49683
> Assistant Attorneys General
> Lauryn.Fraas@atg.wa.gov
> Nathan.Bays@atg.wa.gov
> Kristin.Beneski@atg.wa.gov
> Spencer.Coates@atg.wa.gov
> *Attorneys for Plaintiff State of Washington*

JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE; ORDER THEREON
NO. 2:21-cv-00002-JCC

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

| | |
|---|---|
| 1 | ALEUTIAN PRIBILOF ISLANDS ASSOCIATION, INC. |
| 2 | |
| 3 | */s/ Geoffrey D. Strommer* |
| | GEOFFREY D. STROMMER, WSBA #43308 |
| 4 | Hobbs Straus Dean & Walker, LLP |
| | 215 SW Washington Street, Suite 200 |
| 5 | Portland, OR 97214 |
| | 503.242.1745 |
| 6 | GStrommer@hobbsstraus.com |
| 7 | *Attorney for Plaintiff Aleutian Pribilof Islands Association Inc.* |
| 8 | |
| 9 | AMERICAN HISTORICAL ASSOCIATION |
| 10 | */s/ Harry H. Schneider, Jr.* |
| | HARRY H. SCHNEIDER, JR., WSBA #9404 |
| 11 | Perkins Coie LLP |
| | 1201 Third Avenue, Suite 4900 |
| 12 | Seattle, WA 98101-3099 |
| | 206.359.8000 |
| 13 | hschneider@perkinscoie.com |
| 14 | */s/ Alison M. Dreizen* |
| | ALISON M. DREIZEN, *admitted pro hac vice* |
| 15 | Carter Ledyard & Milburn LLP |
| | Two Wall Street |
| 16 | New York, NY 10005 |
| | 212.238.8855 |
| 17 | dreizen@clm.com |
| | *Attorneys for Plaintiff American Historical Association* |
| 18 | |

JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE; ORDER THEREON
NO. 2:21-cv-00002-JCC

5

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

| | |
|---|---|
| 1 | ASSOCIATION OF KING COUNTY HISTORICAL ORGANIZATIONS, HISTORIC SEATTLE, HISTORYLINK, MUSEUM OF HISTORY AND INDUSTRY, and WASHINGTON TRUST FOR HISTORIC PRESERVATION |
| 4 | */s/ Paul J. Lawrence*<br>PAUL J. LAWRENCE, WSBA #13557<br>ALANNA E. PETERSON, WSBA #46502<br>Pacific Law Group<br>1191 2nd Avenue, Suite 2000<br>Seattle, WA 98101-3404<br>206.245.1700<br>alanna.peterson@pacificalawgroup.com<br>paul.lawrence@pacificalawgroup.com<br>*Attorneys for Plaintiffs Association of King County Historical Organizations, Historic Seattle, HistoryLink, Museum of History and Industry, and Washington Trust For Historic Preservation* |
| 12 | CENTRAL COUNCIL OF TLINGIT & HAIDA INDIAN TRIBES OF ALASKA, DOYON, LTD., and TANANA CHIEFS CONFERENCE |
| 14 | */s/ Richard D. Monkman*<br>LLOYD B. MILLER, *admitted pro hac vice*<br>RICHARD D. MONKMAN, WSBA #35481<br>Sonosky, Chambers, Sachse, Miller & Monkman, LLP<br>725 East Fireweed Lane, Suite 420<br>Anchorage, AK 99503<br>907.258.6377<br>lloyd@sonosky.net<br>rdm@sonosky.net<br>*Attorneys for Plaintiffs Doyon, Ltd., Tanana Chiefs Conference, and Central Council of Tlingit & Haida Indian Tribes of Alaska* |

JOINT STIPULATION OF DISMISSAL
WITHOUT PREJUDICE; ORDER
THEREON
NO. 2:21-cv-00002-JCC

6

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

| | |
|---|---|
| 1 | CHINESE AMERICAN CITIZENS ALLIANCE |
| 2 | */s/ Darin Sands* |
| 3 | DARIN SANDS, WSBA #35865<br>HEIDI B. BRADLEY, WSBA #35759 |
| 4 | Bradley Bernstein Sands<br>P.O. Box 4120, PMB 62056 |
| 5 | Portland, OR 97208-4120<br>503.734.2480 |
| 6 | dsands@bradleybernsteinllp.com<br>hbradley@bradleybernsteinllp.com |
| 7 | *Attorneys for Plaintiff Chinese American Citizens Alliance* |
| 8 | |
| 9 | CONFEDERATED TRIBES AND BANDS OF THE YAKAMA NATION |
| 10 | */s/ Ethan Jones* |
| 11 | ETHAN JONES, WSBA #46911<br>ANTHONY ARONICA, WSBA #54725 |
| 12 | DEREK RED ARROW FRANK, WSBA #55090<br>Yakama Nation Office of Legal Counsel |
| 13 | P.O. Box 151, 401 Fort Road<br>Toppenish, WA 98948 |
| 14 | 509.865.5121<br>ethan@yakamanation-olc.org |
| 15 | anthony@yakamanation-olc.org<br>derek@yakamanation-olc.org |
| 16 | *Attorneys for Plaintiff Confederated Tribes and Bands of the Yakama Nation* |
| 17 | |
| 18 | THE CONFEDERATED TRIBES OF THE CHEHALIS RESERVATION |
| 19 | */s/ Harold Chesnin* |
| 20 | HAROLD CHESNIN, WSBA #398<br>Office of Tribal Attorney |
| 21 | Confederated Tribes of the Chehalis Reservation<br>420 Howanut Road |
| 22 | Oakville, WA 98568<br>360.529.7465 |
| 23 | hchesnin@chehalistribe.org<br>*Attorney for Plaintiff The Confederated Tribes of the Chehalis Reservation* |
| 24 | |
| 25 | |
| 26 | |

JOINT STIPULATION OF DISMISSAL
WITHOUT PREJUDICE; ORDER
THEREON
NO. 2:21-cv-00002-JCC

7

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

|   |   |
|---|---|
| 1 | CONFEDERATED TRIBES OF THE COLVILLE RESERVATION |
| 2 |   |
| 3 | */s/ Marty M. Raap*<br>MARTY M. RAAP, WSBA #27962, *application for admission forthcoming* |
| 4 | Office of the Reservation Attorney<br>Confederated Tribes of the Colville Reservation |
| 5 | P.O. Box 150<br>Nespelem, WA 99155 |
| 6 | 509.634.2533<br>Marty.Raap.ORA@colvilletribes.com |
| 7 | *Attorney for Plaintiff Confederated Tribes of the Colville Reservation* |
| 8 |   |
| 9 | CONFEDERATED TRIBES OF COOS, LOWER UMPQUA AND SIUSLAW INDIANS, and |
| 10 | SPOKANE TRIBE OF INDIANS |
| 11 | */s/ Richard K. Eichstaedt*<br>RICHARD K. EICHSTAEDT, WSBA #36487 |
| 12 | SCOTT WHEAT, WSBA #25565<br>Wheat Law Offices |
| 13 | P.O. Box 9168<br>Spokane, WA 99209 |
| 14 | 509.209.2604<br>rick@wheatlawoffices.com |
| 15 | scott@wheatlawoffices.com<br>*Attorneys for Plaintiffs Confederated Tribes of Coos,* |
| 16 | *Lower Umpqua and Siuslaw Indians, and Spokane Tribe of Indians* |
| 17 |   |
| 18 | CONFEDERATED TRIBES OF THE GRAND RONDE COMMUNITY OF OREGON |
| 19 |   |
| 20 | */s/ Nathan Alexander*<br>NATHAN ALEXANDER, WSBA #37040 |
| 21 | Dorsey & Whitney, LLP<br>701 Fifth Avenue, Suite 6100 |
| 22 | Seattle, WA 98104-7043<br>206.903.8791 |
| 23 | alexander.nathan@dorsey.com<br>*Attorney for Plaintiff Confederated Tribes of The Grand Ronde Community of Oregon* |
| 24 |   |
| 25 |   |
| 26 |   |

JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE; ORDER THEREON
NO. 2:21-cv-00002-JCC

8

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

|    |    |
|----|----|
| 1  | CONFEDERATED TRIBES OF SILETZ INDIANS, HOH INDIAN TRIBE, and SAMISH INDIAN NATION |
| 2  |    |
| 3  | */s/ Craig J. Dorsay* |
| 4  | CRAIG J. DORSAY, WSBA #9245<br>LEA ANN EASTON, WSBA #38685<br>KATHLEEN GARGAN, WSBA #56452 |
| 5  | Dorsay & Easton LLP<br>1737 Northeast Alberta Street, Suite 208 |
| 6  | Portland, OR 97211<br>503.790.9060 |
| 7  | craig@dorsayindianlaw.com<br>leaston@dorsayindianlaw.com |
| 8  | katie@dorsayindianlaw.com |
| 9  | *Attorneys for Plaintiffs Hoh Indian Tribe, Samish Indian Nation, and Confederated Tribes of Siletz Indians* |
| 10 |    |
| 11 |    |
| 12 | CONFEDERATED TRIBES OF THE UMATILLA INDIAN RESERVATION |
| 13 | */s/ Naomi Stacy* |
| 14 | NAOMI STACY, WSBA #29434 |
| 15 | Lead Attorney, Office of Legal Counsel<br>46411 Timíne Way |
| 16 | Pendleton, OR 97801<br>541.429.7400 |
| 17 | naomistacy@ctuir.org |
| 18 | *Attorney for Plaintiff the Confederated Tribes of the Umatilla Indian Reservation* |
| 19 |    |
| 20 | THE CONFEDERATED TRIBES OF THE WARM SPRINGS RESERVATION OF OREGON |
| 21 | */s/ Tyler J. Moore* |
| 22 | TYLER J. MOORE, WSBA #39598<br>Karnopp Petersen, LLP |
| 23 | 360 SW Bond Street, Suite 400 |
| 24 | Bend, Oregon 97702<br>541.382.3011 |
| 25 | tjm@karnopp.com<br>*Attorneys for Plaintiff The Confederated Tribes of the Warm Springs Reservation of Oregon* |
| 26 |    |

JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE; ORDER THEREON
NO. 2:21-cv-00002-JCC

9

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

|   |   |
|---|---|
| 1 | COW CREEK BAND OF UMPQUA TRIBE OF INDIANS |
| 2 |   |
| 3 | */s/ Gabriel S. Galanda*<br>GABRIEL S. GALANDA, WSBA #30331 |
| 4 | ANTHONY S. BROADMAN, WSBA #39508<br>RYAN D. DREVESKRACHT, WSBA #42593 |
| 5 | Galanda Broadman PLLC<br>P.O. Box 15416 |
| 6 | 8606 35th Avenue NE, Suite L1<br>Seattle, WA 98115 |
| 7 | 206.557.7509<br>gabe@galandabroadman.com |
| 8 | anthony@galandabroadman.com<br>ryan@galandabroadman.com |
| 9 | *Attorneys for Plaintiff Cow Creek Band of Umpqua Tribe of Indians* |
| 10 |   |
| 11 | DUWAMISH TRIBE |
| 12 | */s/ Bart J. Freedman* |
|    | BART J FREEDMAN, WSBA #14187 |
| 13 | BENJAMIN A. MAYER, WSBA #45700<br>ENDRE M SZALAY, WSBA #53898 |
| 14 | NATALIE J. REID, WSBA #55745<br>ADAM N. TABOR, WSBA #50912 |
| 15 | THEODORE J. ANGELIS, WSBA #30300<br>K&L Gates LLP |
| 16 | 925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104 |
| 17 | 206.370.7580<br>bart.freedman@klgates.com  ben.mayer@klgates.com |
| 18 | endre.szalay@klgates.com<br>natalie.reid@klgates.com |
| 19 | adam.tabor@klgates.com<br>theo.angelis@klgates.com |
| 20 | *Attorneys for the Duwamish Tribe* |
| 21 | JAMESTOWN S'KLALLAM TRIBE |
| 22 | */s/ Lauren P. Rasmussen* |
| 23 | LAUREN P. RASMUSSEN, WSBA #33256<br>Law Offices of Lauren P. Rasmussen, PLLC |
| 24 | 1904 Third Avenue, Suite 1030<br>Seattle, WA 98101-1170 |
| 25 | 206.623.0900<br>lauren@rasmussen-law.com |
| 26 | *Attorney for Plaintiff Jamestown S'Klallam Tribe* |

JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE; ORDER THEREON
NO. 2:21-cv-00002-JCC

10

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

| | |
|---|---|
| 1 | KALISPEL TRIBE OF INDIANS |
| 2 | */s/ Lorraine A. Parlange* |
| 3 | LORRAINE A. PARLANGE, WSBA #25139<br>Senior Tribal Attorney |
| 4 | 934 Garfield Road<br>Airway Heights, WA 99001 |
| 5 | 509.789.7603<br>lparlange@kalispeltribe.com |
| 6 | *Attorney for Plaintiff Kalispel Tribe of Indians* |
| 7 | THE KLAMATH TRIBES |
| 8 | */s/ Edmund Clay Goodman* |
| 9 | EDMUND CLAY GOODMAN, WSBA #37347<br>Hobbs Straus Dean & Walker, LLP |
| 10 | 215 SW Washington Street, Suite 200<br>Portland, OR 97214 |
| 11 | 503.242.1745<br>egoodman@hobbsstraus.com |
| 12 | *Attorney for Plaintiff The Klamath Tribes* |
| 13 | METLAKATLA INDIAN COMMUNITY |
| 14 | |
| 15 | */s/ Geoffrey D. Strommer*<br>GEOFFREY D. STROMMER, WSBA #43308 |
| 16 | Hobbs Straus Dean & Walker, LLP<br>215 SW Washington Street, Suite 200 |
| 17 | Portland, OR 97214<br>503.242.1745 |
| 18 | GStrommer@hobbsstraus.com<br>*Attorney for Plaintiff Metlakatla Indian Community* |
| 19 | |
| 20 | MUCKLESHOOT INDIAN TRIBE |
| 21 | */s/ Mary M. Neil* |
| 22 | MARY M. NEIL, WSBA #34348<br>ROBERT L. OTSEA, JR., WSBA #9367 |
| 23 | DANIELLE BARGALA, WSBA #52718<br>39015 172nd Avenue S |
| 24 | Auburn, WA 98092<br>253.939.3311 |
| 25 | rob@muckleshoot.nsn.us<br>mary.neil@muckleshoot.nsn.us |
| 26 | danielle.bargala@muckleshoot.nsn.us<br>*Attorneys for Plaintiff Muckleshoot Indian Tribe* |

JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE; ORDER THEREON
NO. 2:21-cv-00002-JCC

11

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

NEZ PERCE TRIBE

*/s/ Julie S. Kane*
JULIE S. KANE, WSBA #19138
Office of Legal Counsel
P.O. Box 305
Lapwai, ID 83540
208.843.7355
juliek@nezperce.org
*Attorney for Plaintiff Nez Perce Tribe*


NOOKSACK INDIAN TRIBE

*/s/ Charles N. Hurt, Jr.*
CHARLES N. HURT, JR., WSBA #46217
Office of Tribal Attorney
Senior Tribal Attorney
5047 Mt. Baker Hwy, P.O. Box 63
Deming, WA 98244
360.598.4158
churt@nooksack-nsn.gov
*Attorney for Plaintiff Nooksack Indian Tribe*


NISQUALLY INDIAN TRIBE

*/s/ Heidi Petersen*
HEIDI PETERSEN, WSBA #43413,
*application for admission forthcoming*
Attorney, Nisqually Indian Tribe
4820 She-Nah-Num Drive SE
Olympia, WA 98513
360.456.5221
petersen.heidi@nisqually-nsn.gov
*Attorney for Plaintiff Nisqually Indian Tribe*

JOINT STIPULATION OF DISMISSAL
WITHOUT PREJUDICE; ORDER
THEREON
NO. 2:21-cv-00002-JCC

12

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

OCA ASIAN PACIFIC ADVOCATES – GREATER SEATTLE

*/s/ Bernadette Connor*
BERNADETTE CONNOR, WSBA #45844,
*application for admission forthcoming*
1800 Cooper Point Road SW, Suite 12
Olympia, WA 98502
206.552.9666
byconnor@gmail.com
*Attorney for Plaintiff OCA Asian Pacific Advocates – Greater Seattle*

ELLEN F. ROSENBLUM
Attorney General of Oregon

*/s/ Carla A. Scott*
CARLA A. SCOTT WSBA #54725
Senior Assistant Attorney General
Trial Attorney
100 SW Market Street,
Portland, OR 97201
Tel (971) 673-1880
Fax (971) 673-5000
Carla.A.Scott@doj.state.or.us
*Attorneys for Plaintiff State of Oregon*

PORT GAMBLE S'KLALLAM TRIBE

*/s/ Rogina D. Beckwith*
ROGINA D. BECKWITH, WSBA #36241
Port Gamble S'Klallam Tribe Legal Department
31912 Little Boston Road NE
Kingston, WA 98346
360.297.6242
ginab@pgst.nsn.us
*Attorney for Plaintiff Port Gamble S'Klallam Tribe*

JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE; ORDER THEREON
NO. 2:21-cv-00002-JCC

13

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

| | |
|---|---|
| 1 | PUYALLUP TRIBE OF INDIANS |
| 2 | */s/ Alec S. Wrolson* |
| 3 | ALEC S. WROLSON, WSBA #54076<br>FELECIA L. SHUE, WSBA #49911<br>LOIS Y. BOOME, WSBA #54883 |
| 4 | LISA A.H. ANDERSON, WSBA #27877<br>3009 E. Portland Avenue |
| 5 | Tacoma, WA 98404<br>253.573.7877 |
| 6 | alec.wrolson@puyalluptribe-nsn.gov<br>felecia.shue@puyalluptribe-nsn.gov |
| 7 | lois.boome@puyalluptribe-nsn.gov<br>lisa.anderson@puyalluptribe-nsn.gov |
| 8 | *Attorneys for Plaintiff Puyallup Tribe of Indians* |
| 9 | |
| 10 | THE QUILEUTE TRIBE OF THE QUILEUTE RESERVATION |
| 11 | */s/ Lauren J. King* |
| 12 | LAUREN J. KING, WSBA #40939<br>Foster Garvey, P.C. |
| 13 | 1111 Third Ave., Suite 3000<br>Seattle, WA 98101 |
| 14 | 206.447.6286<br>lauren.king@foster.com |
| 15 | *Attorney for Plaintiff Quileute Tribe* |
| 16 | QUINAULT INDIAN NATION |
| 17 | */s/ Karen Allston* |
| 18 | KAREN ALLSTON, WSBA #25336<br>LORI BRUNER, WSBA #26652 |
| 19 | Senior Assistant Attorneys General<br>Quinault Indian Nation Office of Attorney General |
| 20 | P.O. Box 613<br>Taholah, WA 98587 |
| 21 | 360.276.8211, ext. 1400<br>lbruner@quinault.org |
| 22 | kallston@quinault.org<br>*Attorneys for Plaintiff Quinault Indian Nation* |

JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE; ORDER THEREON
NO. 2:21-cv-00002-JCC

14

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

SAUK-SUIATTLE INDIAN TRIBE

*/s/Jack W. Fiander*
JACK W. FIANDER, WSBA #13116
General Counsel
Sauk-Suiattle Indian Tribe
5318 Chief Brown Lane
Darrington, WA 98241
360.436.0139
towtnuklaw@msn.com
*Attorney for Plaintiff Sauk-Suiattle Indian Tribe*


CITY OF SEATTLE

*/s/ Jeremy F. Wood*
JEREMY F. WOOD, WSBA #51803
Assistant City Attorney
Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
206.684.8200
jeremy.wood@seattle.gov
*Attorney for Plaintiff City of Seattle*


SHOALWATER BAY TRIBE

*/s/ Geoffrey D. Strommer*
GEOFFREY D. STROMMER, WSBA #43308
Hobbs Straus Dean & Walker, LLP
215 SW Washington Street, Suite 200
Portland, OR 97214
503.242.1745
GStrommer@hobbsstraus.com
*Attorney for Plaintiff Shoalwater Bay Tribe*

JOINT STIPULATION OF DISMISSAL
WITHOUT PREJUDICE; ORDER
THEREON
NO. 2:21-cv-00002-JCC

15

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

SKOKOMISH INDIAN TRIBE

*/s/ Earle David Lees, III*
EARLE DAVID LEES, III, WSBA #30017
Director of the Skokomish Legal Department
Skokomish Indian Tribe
N. 80 Tribal Center Road
Skokomish Nation, WA 98584
360.877.2100
elees@skokomish.org
*Attorney for Plaintiff Skokomish Indian Tribe*


SNOQUALMIE INDIAN TRIBE

*/s/ Rob Roy Smith*
ROB ROY SMITH, WSBA #33798
RACHEL B. SAIMONS, WSBA #46553
Kilpatrick Townsend & Stockton, LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
206.467.9600
rrsmith@kilpatricktownsend.com
rsaimons@kilpatricktownsend.com
*Attorneys for Plaintiff Snoqualmie Indian Tribe*


SQUAXIN ISLAND TRIBE

*/s/ David Babcock*
DAVID BABCOCK, WSBA #31737
Attorney, Squaxin Island Tribe
3711 SE Old Olympic Hwy
Shelton, WA 98584
360.432.1771
dbabcock@squaxin.us
*Attorney for Plaintiff Squaxin Island Tribe*

JOINT STIPULATION OF DISMISSAL
WITHOUT PREJUDICE; ORDER
THEREON
NO. 2:21-cv-00002-JCC

16

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

SUQUAMISH TRIBE

*/s/ James Rittenhouse Bellis*
JAMES RITTENHOUSE BELLIS, WSBA #29226
Director, Office of Tribal Attorney
Suquamish Tribe
P.O. Box 498
Suquamish, WA 98392
360.394.8501
Shelton, WA 98584
360.432.1771
rbellis@suquamish.nsn.us
*Attorney for Plaintiff Suquamish Tribe*

SWINOMISH INDIAN TRIBAL COMMUNITY

*/s/ Emily Haley*
EMILY HALEY, WSBA #38284
Office of the Tribal Attorney
11404 Moorage Way
La Conner, WA 98257
360.466.3163
ehaley@swinomish.nsn.us
*Attorney for Plaintiff Swinomish Indian Tribal Community*

UPPER SKAGIT INDIAN TRIBE

*/s/ David S. Hawkins*
DAVID S. HAWKINS, WSBA #35370
General Counsel
Upper Skagit Indian Tribe
25944 Community Plaza Way
Sedro-Woolley, WA 98284
360.854.7016
dhawkins@upperskagit.com
*Attorney for Plaintiff Upper Skagit Indian Tribe*

JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE; ORDER THEREON
NO. 2:21-cv-00002-JCC

17

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

| | |
|---|---|
| 1 | WING LUKE MEMORIAL FOUNDATION d/b/a WING LUKE MUSEUM |
| 2 | |
| 3 | */s/ Gloria Lung Wakayama*<br>GLORIA LUNG WAKAYAMA, WSBA #11892 |
| 4 | Harris & Wakayama, PLLC<br>601 Union Street, Suite 2600 |
| 5 | Seattle, WA 98101<br>206.621.1818 |
| 6 | glwakayama@hmwlaw.com<br>*Attorney for Plaintiff Wing Luke Memorial Foundation d/b/a Wing Luke Museum* |

JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE; ORDER THEREON
NO. 2:21-cv-00002-JCC

18

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

**ORDER**

IT IS SO ORDERED.

DATED this _____ day of May 2021.

_____
JOHN C. COUGHENOUR
Senior United States District Judge

JOINT STIPULATION OF DISMISSAL
WITHOUT PREJUDICE; ORDER
THEREON
NO. 2:21-cv-00002-JCC

19

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

**DECLARATION OF SERVICE**

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will send notification to all counsel of record.

DATED this 25th day of May, 2021, at Seattle, Washington.

/s/ *Lauryn K. Fraas*
LAURYN K. FRAAS, WSBA #53238
Assistant Attorney General

JOINT STIPULATION OF DISMISSAL
WITHOUT PREJUDICE; ORDER
THEREON
NO. 2:21-cv-00002-JCC

20

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744