THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*, | CASE NO. C21-0002-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| SHELANDA YOUNG, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated notice of dismissal (Dkt. No. 58). Federal Rule of Civil Procedure 41(a)(1)(A)(ii) provides that a "plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Here, the parties request that the Court enter a proposed order filed with their stipulation. The parties have stipulated to dismissing all claims without prejudice and the stipulation is signed by all parties who have appeared. (*See* Dkt. No. 58.) Thus, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the stipulation is self-executing. All claims in this action are DISMISSED without prejudice, without costs to any party and with each party to bear its own attorney fees and other litigation expenses, except that Plaintiff Tanana Chiefs Conference, Inc., shall recover attorney fees of $10,927.15 pursuant to the provisions of the Equal Access to

Justice Act, 28 U.S.C. § 2412.

The Clerk is DIRECTED to close this case.

DATED this 26th day of May 2021.

<u>William M. McCool</u><br>
Clerk of Court

s/Paula McNabb<br>
Deputy Clerk